**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs- Case No. 8:21-cr-283-MSS-AEP

TYWON SPANN

**CLERK'S MINUTES**
Proceeding: Initial Appearance - VOSR
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: August 21, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 2:14 p.m. |
| USPO: Erin Shubert | Recess: 3:04 p.m. |
| Court Reporter: Digital | Total Time: 50 min |
| Interpreter: none | *Held with other duty matters (25 min) |

---

Counsel for USA: Tyrie Boyer, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of allegations contained in petition. Defendant waives preliminary hearing.

BOND: Government: moves for detention.

Defendant: moves for release from custody.

Court orders Defendant detained pending final hearing.

Oral due process order pronounced.

Recess.