UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:21-cr-283-MSS-AEP

TYWON SPANN
_______________________________/

**REPORT OF PRELIMINARY SUPERVISED**
**RELEASE REVOCATION HEARING**

This cause came before the undersigned on the Defendant's initial appearance on a petition alleging that he violated conditions of his supervised release. At that proceeding, the Defendant waived his right to a preliminary revocation hearing.

Based upon the affidavits in the Court's file and the Defendant's waiver of a preliminary hearing, the undersigned finds probable cause to hold the Defendant for additional proceedings before the United States District Judge assigned to this matter. Accordingly, it is hereby ORDERED:

1. The Clerk of Court shall schedule the final revocation hearing before the Honorable Mary S. Scriven.

2. For the reasons stated on the record at the Defendant's initial appearance, the Defendant shall be detained until further order of the Court.

3. Unless otherwise ordered, the government shall produce for inspection and copying any appropriate discovery it intends to use at the final revocation hearing at least three (3) days prior to the hearing.

SO ORDERED in Tampa, Florida, this 21st day of August 2026.

Christopher P. Tuite

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record