AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RCVD USMS M/FL TAMPA
2025 SEP 22 PM 1:18

United States of America
v.

Tywon Spann
*Defendant*

Case No. 8:21-cr-283-MSS-AEP

AUG 20 2026 PM 1:27
FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Tywon Spann,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 9/22/25

*Issuing officer's signature*

Melanie Bowman

City and state: Tampa, FL

Elizabeth Warren Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/22/2024, and the person was arrested on *(date)* 8/19/2026 at *(city and state)* Tampa, FL.

Date: 8/19/2026

*Arresting officer's signature*

MICHAEL CONNELL DUSM
*Printed name and title*