**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 8:21-cr-283-MSS-AEP**
**TYWON SPANN**
________________________________________ /

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Tywon Spann, in the above-styled cause.

The Clerk is requested to enter the appearance of Katherine Moody, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of Ryan Maguire Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 25th day of August, 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, Esq.
FEDERAL DEFENDER

*/s Katherine Moody*
Katherine Moody, Esq.
Assistant Federal Defender
FL Bar#:1025255
400 North Tampa Street
Suite 2700
Tampa, FL. 33602
Tel.: (813) 228-2715
Email: Kate_Moody@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Tyree Boyer, AUSA

*/s Kate Moody*
Kate Moody, Esq.
Assistant Federal Defender